UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **WILLIAM R. & DEBORAH R. RICHARDS**

Case Number: 18-54098 PJS
Chapter 13
Judge SHEFFERLY

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,500.00** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3500.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

1

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]
 [X]   Class nine unsecured creditors shall receive no less than 100% on allowed claims.
 [X]   Plan payments shall increase to $345.00 per bi-weekly effective May 1, 2020.
 [X]   Plan payments shall increase to $485.00 per bi-weekly effective October 1, 2020.
 [X]   Plan payments shall increase to $601.00 per bi-weekly effective June 1, 2021.
 [X]   Plan payments shall increase to $858.00 per bi-weekly effective February 1, 2022.

**OBJECTIONS WITHDRAWN:**

For Creditor: _____

For Creditor: _____

/s/ Thomas D. DeCarlo attorney for
STANDING CHAPTER 13 TRUSTEE
DAVID WM. RUSKIN (P26803)
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076
248-352-7755

 /s/ Christopher W. Jones
Attorney for Debtor(s):
Christopher W. Jones (P67955)
Acclaim Legal Services, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
248-443-7033

**Signed on December 22, 2018**



/s/ Phillip J. Shefferly
_____
Phillip J. Shefferly
United States Bankruptcy Judge