3153 (Rev. 01-19)

**GRETCHEN WHITMER**
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

**RACHAEL EUBANKS**
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In re: William R Richards
291 Victorian Ln
Belleville, MI 48111

Case No.: 18-54098 PJS
Chapter 13

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | |
|---|---|
| Secured: Claim No. | $ |
| Priority: Claim No. | $ |
| Unsecured: Claim No. 15-1 | $566.44 |
| Administrative: Claim No. | $ |

Total to be withdrawn: $566.44

Bankruptcy Clerk
Collection Services Bureau, Bankruptcy

P.O. BOX 30443 • LANSING, MICHIGAN 48909-7943
www.michigan.gov/treasury • 517-636-5265