**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

WILLIAM R. RICHARDS
DEBORAH R. RICHARDS
                        Debtors

CHAPTER **13**
Case No. 18-54098-LSG
Judge LISA S. GRETCHKO

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND**
**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;**
**NOTICE TO CREDITORS OF OBLIGATION TO**
**FILE A RESPONSE AND RIGHT TO OBJECT; AND**
**NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

*Please read this Report carefully. It advises you of certain*
*rights and deadlines imposed pursuant to the law.*
***Your rights may be adversely affected.***

David Wm. Ruskin, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-3(a)(1), reports to the Court that the above-named Debtors have completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtors' principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

      **IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTORS HAVE PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**

      **IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTORS OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTORS' CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**

      **PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.**

©2018 David Wm. Ruskin

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured.

Pursuant to E.D. Mich. LBR 2015-3(a)(3), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtors a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

### RIGHTS AND DUTIES OF DEBTORS

**Duty of Debtors regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtors are eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtors from any obligation on any continuing secured debt payments that come due after the date of the Debtors' last payment under the Plan.

*See* E.D. Mich. LBR 2015-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

3. If the Debtor fails to complete and file the Certification Regarding Domestic Support Obligations within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

## RIGHTS AND DUTIES OF CREDITORS

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtors have failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtors are not current in any payments the Debtors were authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the Debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-3(a)(5), it shall be conclusively determined that:

1. Debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtors are current in all payments Debtors were authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured; and

©2018 David Wm. Ruskin

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: January 26, 2023

/s/ John P. Kapitan
DAVID WM. RUSKIN (P26803)
Attorney and Chapter 13 Standing Trustee
JOHN P. KAPITAN (P61901)
CHRISTOPHER P. REILLY (P54168)
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
Telephone (248) 352-7755

©2018 David Wm. Ruskin

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
WILLIAM R. RICHARDS
DEBORAH R. RICHARDS
                Debtors

CHAPTER 13
Case No. 18-54098-LSG
Judge LISA S. GRETCHKO

**PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

    I hereby certify that on January 26, 2023, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    The following parties were served electronically:

Acclaim Legal Services Pllc
8900 E 13 Mile Rd
Warren, MI 48093

    The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto.

/s/ Deanna Thiel
--------------------------------
Deanna Thiel
For the Office of the Chapter 13 Standing Trustee-Detroit
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
(248) 352-7755

©2016 David Wm. Ruskin

WILLIAM R. RICHARDS
DEBORAH R. RICHARDS
291 VICTORIAN LN.
BELLEVILLE, MI 48111

3RD JUDICIAL COURT
2 WOODWARD AVE
DETROIT, MI 48226

ALLIANT CREDIT UNION
P O BOX 66945
CHICAGO, IL 60666-0945

AMERICAN EXPRESS
% BECKET & LEE LLP
P O BOX 3001
MALVERN, PA 19355-0701

AMEX
CORRESPONDENCE
P O BOX 981540
EL PASO, TX 79998

ARBOR PROFESSIONAL SOLUTIONS
2090 S MAIN
ANN ARBOR, MI 48103

BANK OF AMERICA
P O BOX 982286
EL PASO, TX 79998

BARCLAYS BANK DELAWARE
P O BOX 8801
WILMINGTON, DE 19899

CHASE AUTO FINANCE
P O BOX 901076
FORT WORTH, TX 76101-2076

CITIBANK/THE HOME DEPOT
CENTRALIZED BANKRUPTCY
P O BOX 790034
ST LOUIS, MO 63179

CITY OF NORTHVILLE
215 WEST MAIN STREET
NORTHVILLE, MI 48167

CLIPPER MAGAZINE
3708 HEMPLAND RD
MOUNTVILLE, PA 17554

COMMUNITY CHOICE CREDIT UNION
31155 NORTHWESTERN HWY #190
FARMINGTON HILLS, MI 48334

COMMUNITY CHOICE CREDIT UNION
% HOLZMAN LAW PLLC
28366 FRANKLIN RD
SOUTHFIELD, MI 48034

DISCOVER BANK
% DISCOVER PRODUCTS
P O BOX 3025
NEW ALBANY, OH 43054-3025

DISCOVER FINANCIAL
P O BOX 3025
NEW ALBANY, OH 43054

HARBOR HOUSE PUBLISHERS INC
221 WATERS ST
BOYNE CITY, MI 49712

©2018 David Wm. Ruskin

HAWAIIAN CREDIT CARD
P O BOX 60517
CITY OF INDUSTRY, CA 91716

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101

JP MORGAN CHASE BANK
P O BOX 29505 AZ1-1191
PHOENIX, AZ 85038

JPMORGAN CHASE
% ALWARD FISHER ET AL
202 E STATE ST #100
TRAVERSE CITY, MI 49684

JPMORGAN CHASE BANK
P O BOX 901032
FT WORTH, TX 76101-2032

LOANDEPOT.COM
ATTN: BANKRUPTCY
26643 TOWNE CENTER DR
FOOTHILL RANCH, GA 92610

LOANDEPOT.COM LLC
% CENLAR FSB
ATTN: BANKRUPTCY DEPT 425 PHILLIPS BLVD
EWING, NJ 08618

LOANDEPOT.COM LLC
% SCHNEIDERMAN & SHERMAN PC
23938 RESEARCH DRIVE #300
FARMINGTON HILLS, MI 48335

LOANDEPOT.COM LLC
P O BOX 5710
CHICAGO, IL 60680-5681

LOANDEPOT.COM LLC
5465 LEGACY DR #200
PLANO, TX 75024

MADDIN HAUSER ROTH & HELLER PC
SECOUND FLOOR ESSEX CENTRE
28400 NORTHWESTERN HWY
SOUTHFIELD, MI 48034

MDT/COMMUNITY CHOICE
31155 NORTHWESTERN HWY #190
FARMINGTON HILLS, MI 48334

MICHIGAN DEPARTMENT OF TREASURY
P O BOX 30168
LANSING, MI 48909

MICHIGAN DEPARTMENT OF TREASURY
COLLECTION/BANKRUPTCY UNIT
P O BOX 30168
LANSING, MI 48909

MOHELA
633 SPIRIT DR.
CHESTERFIELD, MO 63005

MOHELA / GREAT LAKES HIGHER
EDUCATION CORP & AFFILIATES
% GLHEC & AFFILIATES
P O BOX 809142
CHICAGO, IL 60680

MOHELA / GREAT LAKES HIGHER
EDUCATION CORP & AFFILIATES
% GLHEC & AFFILIATES
P O BOX 8961
MADISON, WI 53708

NAVIENT
P O BOX 9000
WILES-BARR, PA 18773

NAVIENT SOLUTIONS LLC ON BEHALF OF
MI GUARANTOR AGENCY
% MICHIGAN GUARANTY AGENCY %
ECMC
P O BOX 16358 LOCKBOX 726
ST PAUL, MN 55116

NAVIENT SOLUTIONS LLC ON BEHALF OF
MICHIGAN GUARANTOR AGENCY
% ECMC
P O BOX 16358
ST PAUL, MN 55116

NAVIENT SOLUTIONS ON BEHALF OF ED
CR MGMT
% EDUCATIONAL CREDIT MGMT CORP
P O BOX 16478 LOCK BOX 8682
ST PAUL, MN 55116-0478

©2018 David Wm. Ruskin

NAVIENT SOLUTIONS ON BEHALF OF
EDUCATIONAL CREDIT MGMT CORP
% EDUCATIONAL CREDIT MGMT CORP
P O BOX 16408
ST PAUL, MN 55116-0408

NORTHVILLE GROUP LLC
% NUVEST ASSOCIATES INC
31000 NORTHWESTERN HWY
FARMINGTON, MI 48334

NU-VEST ASSOCIATES INC
30100 NORTHWESTER HWY SUITE 200
FARMINGTON HILLS, MI 48334

PENTAGON FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
2930 EISENHOUWER AVE
ALEXANDRIA, VA 22314

PORTFOLIO RECOVERY
P O BOX 41067
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC
P O BOX 12914
NORFOLK, VA 23541

SCHAFER & WEINER PC
40950 WOODWARD #100
BLOOMFIELD HILLS, MI 48334

SCHAFER & WEINER PLLC
% J. SATTLER ESQ
40950 WOODWARD AVE #100
BLOOMFIELD HILLS, MI 48304

STATE OF MICHIGAN
% MOE FREEDMAN
3030 W GRAND BLVD #10-200
DETROIT, MI 48202

STATE OF MICHIGAN CD
MICHIGAN DEPT OF TREASURY/AG
P O BOX 30456
LANSING, MI 48909-7955

SYSCO DETROIT
41600 VAN BORN RD.
CANTON, MI 48188

SYSCO DETROIT LLC
% WRIGHT BEAMER PLC
31500 NORTHWESTERN HWY STE. 140
FARMINGTON, MI 48334

US ATTORNEY
ATTN CIVIL DIVISION
211 W FORT
#2001
DETROIT, MI 48226

USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78288-0592

VERIZON BY AMERICAN INFOSOURCE LP
AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

VERIZON BY AMERICAN INFOSOURCE LP
AS AGENT
P O BOX 248838
OKLAHOMA CITY, OK 73124-8838

WELLS FARGO
P O BOX 6429
CAROL STREAM, IL 60197-6429

©2018 David Wm. Ruskin