UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 13 |
| | 18-54098-LSG |
| William R. Richards | Judge Lisa S. Gretchko |
| Deborah R. Richards | |
| | |
| Debtors | |
| _____/ | |

## **RESPONSE DISAGREEING WITH NOTICE OF FINAL CURE PAYMENT**

Now comes loanDepot.com, LLC, Secured Creditor, by and through its authorized Attorney Schneiderman & Sherman P.C., and hereby responds to the Trustee's Notice of Final Cure pursuant to F.R. Bankr. P 3002.1(g):

1. Creditor disagrees with the Trustee's notice of final cure payment that Debtors have paid in full the amount required to cure under 11 USC Section 1322(b)(5).

2. The Debtors are not current on all payments consistent with 11 USC Section 1322(b)(5).

3. Below are itemized items that remain unpaid as of the date of this statement:

| | |
|---:|---:|
| January 1, 2023 Payment: | $1,251.75 |
| Less Suspense Funds: | ($45.38) |
| **Total Due:** | **$1,206.37** |

SCHNEIDERMAN & SHERMAN P.C.

Dated: 01/27/2023

By: /S/ Michael P. Hogan
Michael P. Hogan, (P63074)
mhogan@sspclegal.com
Attorney For loanDepot.com, LLC
23938 Research Drive
Suite 300
Farmington Hills, MI 48335
248.539.7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                              Chapter 13
                                                                              18-54098-LSG
William R. Richards                                  Judge Lisa S. Gretchko
Deborah R. Richards

Debtors
_____/

## **PROOF OF SERVICE**

       I hereby certify that on the 27th day of January, 2023, I electronically filed the foregoing Response to Notice of Final Cure, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David Wm Ruskin                                  William D. Johnson
26555 Evergreen Rd                             8900 E. 13 Mile Rd.
Ste 1100                                                      Warren, MI 48093
Southfield, MI 48076-4251

And I hereby certify that I have mailed by United States Postal Service the Response to Notice of Final Cure to the following non-ECF participants:

William R. Richards
Deborah R. Richards
291 Victorian Ln.
Belleville, MI 48111

Execution on: 01/27/2023

I certify under penalty of perjury that the foregoing is true and correct.

                                                             By: /S/ Michael P. Hogan_____
                                                             Michael P. Hogan, (P63074)
                                                             mhogan@sspclegal.com
                                                              Attorney For loanDepot.com, LLC
                                                              23938 Research Drive
                                                              Suite 300
                                                              Farmington Hills, MI 48335
                                                              248.539.7400