# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:
    William R. Richards
    Deborah R. Richards
        Debtor(s)

Case No. 18-54098-LSG

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Wm. Ruskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/17/2018.

2) The plan was confirmed on 12/22/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/11/2023.

6) Number of months from filing or conversion to last payment: 51.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $298,810.00.

10) Amount of unsecured claims discharged without full payment: $61,809.88.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $62,289.00 |
| Less amount refunded to debtor | $4,090.47 |

**NET RECEIPTS:**     $58,198.53

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $8,576.13 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,165.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     $13,742.03

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 3RD JUDICIAL COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Unsecured | 3,015.00 | 3,401.23 | 3,401.23 | 3,401.23 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 598.00 | 1,802.82 | 1,802.82 | 1,802.82 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 598.00 | 628.72 | 628.72 | 628.72 | 0.00 |
| ARBOR PROFESSIONAL SOLUTIONS | Secured | 6,338.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 8,618.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK/THE HOME DEPOT | Unsecured | 2,693.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK/THE HOME DEPOT | Unsecured | 1,648.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NORTHVILLE | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| CLIPPER MAGAZINE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY CHOICE CREDIT UNION | Secured | 12,406.00 | 12,151.73 | 12,151.73 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 10,770.00 | 10,694.05 | 10,694.05 | 10,694.05 | 0.00 |
| HARBOR HOUSE PUBLISHERS INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HAWAIIAN CREDIT CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,300.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 20,097.00 | 20,102.41 | 20,102.41 | 0.00 | 0.00 |
| LOANDEPOT.COM LLC | Secured | NA | 650.00 | 650.00 | 0.00 | 0.00 |
| LOANDEPOT.COM LLC | Secured | 0.00 | 1,511.65 | 1,511.65 | 0.00 | 0.00 |
| LOANDEPOT.COM LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MADDIN HAUSER ROTH & HELLER P | Unsecured | 8,135.00 | NA | NA | 0.00 | 0.00 |
| MOHELA / GREAT LAKES HIGHER ED | Unsecured | 1,098.00 | 1,100.44 | 1,100.44 | 1,100.44 | 0.00 |
| NAVIENT SOLUTIONS LLC ON BEHAL | Unsecured | 962.00 | 923.00 | 923.00 | 923.00 | 0.00 |
| NAVIENT SOLUTIONS ON BEHALF OF | Unsecured | 4,821.00 | 4,814.95 | 4,814.95 | 4,814.95 | 0.00 |
| NORTHVILLE GROUP LLC | Unsecured | 3,600.00 | NA | NA | 0.00 | 0.00 |
| NU-VEST ASSOCIATES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENTAGON FEDERAL CREDIT UNION | Unsecured | 6,106.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 7,178.00 | 7,199.43 | 7,199.43 | 7,199.43 | 0.00 |
| SCHAFER & WEINER PLLC | Unsecured | 2,000.00 | 2,907.40 | 2,907.40 | 2,907.40 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | 0.00 | 566.44 | 566.44 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | 0.00 | 566.44 | 566.44 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 0.00 | 17,081.55 | 17,081.55 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STATE OF MICHIGAN CD | Priority | 0.00 | 17,081.55 | 17,081.55 | 0.00 | 0.00 |
| SYSCO DETROIT LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYSCO DETROIT LLC | Unsecured | 14,328.00 | 10,746.13 | 10,746.13 | 10,746.13 | 0.00 |
| US ATTORNEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 24,660.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 238.33 | 238.33 | 238.33 | 0.00 |
| WELLS FARGO | Unsecured | 2,597.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,511.65 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $32,254.14 | $0.00 | $0.00 |
| All Other Secured | $650.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$34,415.79** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $34,163.10 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$34,163.10** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$45,589.38** | **$44,456.50** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $13,742.03 |
| Disbursements to Creditors | $44,456.50 |
| **TOTAL DISBURSEMENTS:** | **$58,198.53** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/16/2023                    By: /s/ David Wm. Ruskin
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**